# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155266(57)

KENNETH BERTIN,
      Plaintiff-Appellee,

v

DOUGLAS MANN,
      Defendant-Appellant.

_____/

SC: 155266
COA: 328885
Oakland CC: 2014-139901-NO

On the order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before December 28, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2017



Clerk